UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       v.<br><br>ENRIQUE HURTADO,<br><br>                              Defendant. | Case No. 2:08-cr-00102-KJD-LRL-1<br>           2:10-cv-01937-KJD<br><br>ORDER – Motion for Status of Case |

Presently before the Court are Defendant's pro se Motions for Status of Case (#1/2). Specifically, Defendant's motions request an update regarding his Motion Pursuant to Federal Rules of Civil Procedure 60(b)(6) (#115), which was filed under his corresponding criminal case, 2:08-cr-00102-KJD-LRL. Id. The Court fully adjudicated Defendant's motion, and it was subsequently denied on March 30, 2023. (#120).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motions for Status of Case (#1/2) are **DISMISSED**.

The Clerk of the Court is kindly directed to send Defendant the following:

1. A copy of the Court's Order (#120) in case number 2:08-cr-00102-KJD-LRL.

Dated this 25th day of April 2024.

_____
Kent J. Dawson
United States District Judge